United States District Court

Eastern District of Louisiana

US Environ Svc LLC

v.                                              CIVIL ACTION NO. 2:03-cv-2837"T"(3)

Manning Trucking Inc

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, October 14, 2003.

By Direction of the Court

LORETTA G. WHYTE, CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES ENVIRONMENTAL SERVICES, L.L.C | * | CIVIL ACTION NO. 03-2837 |
|---|---|---|
| VERSUS | * | JUDGE  SECT. T MAG. 3 |
| MANNING TRUCKING, INC. | * | MAGISTRATE JUDGE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PETITION OF REMOVAL**

NOW INTO COURT, through undersigned counsel, comes defendant, Manning Trucking, Inc., which, pursuant to 28 U.S.C. 1441(B), seeks removal of this matter and respectfully avers:

I.

This action arises out of an incident which occurred on or about January 20th, 2003, when plaintiff, United States Environmental Services, L.L.C. (U.S. Environmental) working on a project at a chemical plant in Pascagoula, Mississippi, where defendant, Manning Trucking, Inc. was performing trucking services. A Manning Trucking vehicle came into contact with a value on the side of a chemical tank, allegedly causing damage to the value and the tank. U.S. Environmental alleges that it expended funds, labor and materials to

repair the damage to the value and tank for the account of defendant, Manning Trucking.

II.

On September 10, 2003, plaintiff, U.S. Environmental filed suit against Manning Trucking, Inc., in the 34th Judicial District Court in the Parish of St. Bernard. Plaintiff's petition alleges that Manning Trucking has refused to pay U.S. Environmental amounts allegedly due under open account despite amicable demand, and further alleges that U.S .Environmental is entitled to recover an outstanding balance of $100,689.86 as itemized in Attachment "A" to its original Petition. (Plaintiff's Petition and attachments are attached hereto as Exhibit "A".)

III.

U. S. Environmental served its petition on Defendant, Manning Trucking, by certified mail dated September 15, 2003. (See cover letter from counsel for U.S. Environmental, serving petition, attached as Exhibit "B".)

IV.

This matter is subject to removal in that complete diversity exists between plaintiff, a Louisiana Limited Liability Company, and defendant, a foreign corporation, is incorporated under the laws of and domiciled in the state of Mississippi.

V.

The matter in dispute also states a claim pursuant to diversity of which the district courts of the United States have original jurisdiction as specified by 28 U.S.C. 1332 and 1441(B), as more fully appears by the Petition and attachments thereto.

VI.

Manning Trucking files this Petition of Removal, duly verified (which is in no way an admission of liability or of the value of plaintiff's claim or damages, which is specifically denied) in this Court within thirty (30) days after receipt of an initial pleading setting forth the claim of relief and giving notice that the requisite amount in controversy is present.

VII.

Defendant/Petitioner has good and sufficient defenses to the plaint's claims for relief and disputes all rights to the relief prayed for in its Petition.

WHEREFORE, Petitioner, Manning Trucking, Inc., prays for removal in the above

entitled and numbered cause from the state court to this court.

                Respectfully submitted,

                TAYLOR, WELLONS, POLITZ & DUHE, APLC

                _____
                CHARLES J. DUHE, JR. (#21538) (T.A.)
                PATRICIA H. WILTON (#18049)
                7924 Wrenwood Blvd., Suite C
                Baton Rouge, Louisiana 70809
                Telephone: 225-387-9888
                Facsimile: 225-387-9886

**COUNSEL FOR MANNING TRUCKING**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( )  Hand Delivery                (X)  Prepaid U.S. Mail

( )  Facsimile                     ( )  Federal Express

Baton Rouge, Louisiana this 8th day of October, 2003.

                _____
                TAYLOR, WELLONS, POLITZ & DUHE, APLC

## **AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

I, Patricia H. Wilton, being duly sworn, on oath deposes that I am one of the attorneys for defendant, Manning Trucking, Inc., and that I have prepared and read the foregoing Petition for Removal and know the contents thereof and that the matters and things therein mentioned are true.

_____
PATRICIA H. WILTON

SWORN TO AND SUBSCRIBED BEFORE ME,
NOTARY, THIS 8th DAY OF OCTOBER, 2003.

_____
NOTARY PUBLIC

THIRTY FOURTH JUDICIAL DISTRICT COURT
FOR THE PARISH OF ST. BERNARD
SATE OF LOUISIANA

No. 99 848                                Section: _____

United States Environmental Services, LLC
Vs.
Manning Trucking, Inc.

Filed: Sept 10, 2003
10:40 AM.

PETITION

/s/ Helena R. Torres
Clerk

NOW into court, through undersigned counsel, comes United States Environmental Services, LLC ("US Environmental"), a Louisiana Limited Liability company with its principal office in the Parish of St. Bernard, State of Louisiana, and respectfully avers as follows

1.

Made defendant herein is Manning Trucking, Inc., a Mississippi corporation ("Defendant") who is subject to the jurisdiction of this court by contracting with US Environmental Services, LLC a Louisiana Limited Liability Company, and conducting business in this State.

2.

Defendant is indebted to US Environmental for the true sum of $100,689.86 plus interest, costs and attorneys fees, to wit:

3.

On or about the 20th day of January, 2003, Defendant was performing trucking services at a chemical plant in Pascagoula Mississippi in conjunction with a project being performed by US Environmental for a customer, First Mississippi Chemical Corporation, when one of Defendant's employees, after ignoring warnings issued by a US Environmental employee, did negligently and/or intentionally drive a vehicle owned by Defendant into a valve on the side of an anhydrous ammonia tank at the plant, causing damage to the valve and tank.

4.

As a result of the accident, US Environmental, spent funds, labor and materials in order to repair the damage to the valve and tank for the account of Defendant.

5.

To date, despite amicable demand pursuant to the Louisiana Open Accounts Act, R.S. 9:2781 et. seq., on April 29, 2003, Defendant has refused to pay US Environmental for the services rendered. Attached hereto as exhibit "A" is a copy of US Maritime's demand letter and returned receipt of its delivery.

6.

More than 15 days having expired since receipt of the demand letter, US Environmental is entitled to recover from Defendant for the amount of its services, interest, costs, and attorneys fees, all pursuant to the Louisiana Open Accounts Act, R.S. 9:2781 et. seq.



"A"

7.

US Environmental demands payment for services rendered on open account to Defendant, plus interest, costs and attorneys fees pursuant to the Louisiana Open Accounts Act, R.S. 9:2781 et. seq.

8.

Alternatively, US Environmental is entitled to recover damages from Defendant for its negligent and/or intentional acts which caused damage to US Environmental.

Now Therefore United States Environmental Services, LLC prays that Manning Trucking Inc. be cited and served with a copy of this Petition; that it be ordered to appear and respond to same, that that after all proceeding had, that there be a judgment issued against Manning Trucking Inc., ordering same to pay its debt for services rendered on open account, plus interest, costs, and attorneys fees or alternatively to pay US Environmental for damages suffered as a result of Manning Trucking Inc.'s negligence and/or intentional act.

United States Environmental Services, LLC further prays for all equitable relief which may be due and available.

Respectfully Submitted
United States Environmental
Services, LLC

By: Jose S. Canseco, Esq.
Louisiana Bar Number: 14130
2809 E. Judge Perez Drive
Meraux, La. 70075
(504) 279-9930

PLEASE SERVE

Manning Trucking, Inc.
Through its agent for service of process
Gary L. Roberts
5209 Industrial Rd.
Pascagoula, Ms. 39581
THROUGH THE LOUISIANA LONG
ARM STATUTE La. R.S. 13:3201 Et Seq.

**JOSE S. CANSECO, Esq.**
2809 E. Judge Perez Drive
Meraux, La. 70075
(504) 279-9930

99 848

April 29, 2003

Via Certified Mail: 7002 3150 0006 4845 6001
Returned Receipt Requested

Manning Trucking
5209 Industrial Road
Pascagoula, MS 39581

                            Re: United States Environmental Services LLC/Manning
                            Trucking /Open Account Collection

Dear Sirs:

Please be advised that I represent United States Environmental Services LLC, a Louisiana Limited Liability Company headquartered in Meraux, Louisiana ("US Environmental Services").

Your company authorized US Environmental Services to provide services to First Chemical Corporation in Pascagoula Mississippi related to repairs necessitated by an accident caused by one of your truck drivers on or about January 20, 2003. Attached please find US Environmental Services' invoices for services rendered thus far totaling, ONE HUNDRED THOUSAND SIX HUNDRED EIGHTY NINE and 86/100 DOLLARS ($100,689.86), inclusive of finance charges. To date, US Environmental Services has received no payment for its services to your company.

       Please consider this letter as formal demand for payment of the outstanding balance of ONE HUNDRED THOUSAND SIX HUNDRED EIGHTY NINE and 86/100 DOLLARS ($100,689.86) plus interest, **pursuant to the Louisiana Open Accounts Act R.S. 9:2781 et seq., a copy of which is attached.** As you can see, the Louisiana Open Accounts Act entitles US Environmental Services to judicially enforce your debt and recover interest and attorney fees associated with the collection efforts.

       Please be advised that should US Environmental Services not receive a payment from you within 15 days of receipt of this demand, we will initiate legal proceedings against your company for collection of the debt owed to US Environmental Services plus interest, costs and attorneys fees.

       If you have any questions, please feel free to call.

                                                    Sincerely,

                                                    Jose S. Canseco, Esq.

JSCcc: Client

# Statement

United States Environmental Services, L.L.C.
P.O. Box 949
Meraux, LA 70075

| DATE |
|---|
| 4/30/2003 |

**99 848**

TO:
Manning Trucking
5209 Industrial Road
Pascagoula, MS 39581

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $100,689.86 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/30/2002 | Balance forward | | 0.00 |
| | 30-020314- | | |
| 12/19/2002 | INV #02300387 - 30-020314 | 7,290.00 | 7,290.00 |
| 04/29/2003 | INV #FC 100 - Finance Charge | 363.10 | 7,653.10 |
| | 30-030017- | | |
| 02/13/2003 | INV #03300020 - 30-030017 | 91,016.93 | 98,670.03 |
| 04/29/2003 | INV #FC 101 - Finance Charge | 2,019.83 | 100,689.86 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 2,382.93 | 91,016.93 | 0.00 | 7,290.00 | $100,689.86 |

## United States Environmental Services, L.L.C.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| **Manning Trucking** | | | | | | |
| 30-020314 | | | | | | |
| Invoice | 12/19/2002 | 02300387 | 30-020314 | 1/18/2003 | 7,290.00 | 7,290.00 |
| Invoice | 4/29/2003 | FC 100 | Finance Char... | 4/29/2003 | 363.10 | 363.10 |
| Total 30-020314 | | | | | 7,653.10 | 7,653.10 |
| | | | | | | |
| 30-030017 | | | | | | |
| Invoice | 2/13/2003 | 03300020 | 30-030017 | 3/15/2003 | 91,016.93 | 91,016.93 |
| Invoice | 4/29/2003 | FC 101 | Finance Char... | 4/29/2003 | 2,019.83 | 2,019.83 |
| Total 30-030017 | | | | | 93,036.76 | 93,036.76 |
| | | | | | | |
| Total Manning Trucking | | | | | 100,689.86 | 100,689.86 |
| | | | | | | |
| TOTAL | | | | | 100,689.86 | 100,689.86 |

99 848

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Antonio Hill_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Lateesa Hill_   5/2/03<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Manning Trucking<br>5209 Industrial Rd.<br>Pascagoula, MS<br>39581 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0006 4845 6001 |
| PS Form 3811, August 2001 | Domestic Return Receipt  2ACPRI-03-Z-0985 |



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7002 3150 0006 4845 6001

OFFICIAL USE

| Postage | $1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here  APR 2003

Sent To: Manning Trucking
Street, Apt. No.; or PO Box No. 5209 Industrial Rd.
City, State, ZIP+4 Pascagoula, MS 39581

**UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.**
*24 HOUR SERVICE*

September 15, 2003

Certified Mail, Return Receipt Requested: 7003 1010 0000 7061 7245

Manning Trucking, Inc.
C/O Gary Roberts
5209 Industrial Rd.
Pascagoula, Ms. 39581

Re.: <u>United States Environmental Services, LLC Vs. Manning Trucking, Inc.</u>,
No. 99-848, Division: A, Thirty Fourth Judicial District Court for the Parish of At. Bernard
State of Louisiana.

Dear Mr. Roberts:

Please be advised that United States Environmental services, LLC filed suit against Manning Trucking, Inc. for damages owed and on open accounts on the 10th day of September, 2003.

Attached is a copy of the citation issued by the court and the petition filed by United States Environmental Services, LLC.

Please note that you have 30 days from receipt of this letter to appear and respond to the suit.   *Long arm statute*

If you have any questions, please feel free to call.

Sincerely,

Jose S. Canseco, General Counsel

CC
Angela Estopinal

CORPORATE OFFICES • 2809 E. Judge Perez Drive, P.O. Box 949, Meraux, LA 70075 • (504) 279-9930 • Fax (504) 279-7756
2044 Lobdell Highway, P.O. Box 664, Port Allen, LA 70767 • (225) 267-4900 • Fax (504) 225-4962
42156 Highway 23, P.O. Box 830, Venice, LA 70091 • (504) 534-2744 • Fax (504) 534-7058
1075 Mendell Davis Drive, Jackson, MS 39212 • (601) 372-3232 • Fax (601) 372-3356
4230-A Halls Mill Road, Mobile, AL 36693 • (251) 662-3500 • Fax (251) 662-3400
24-Hour Emergency Response        (888) 279-9930        All Service Locations


"B"

RECEIVED TIME  SEP. 18.  4:30PM

34nd JUDICIAL DISTRICT COURT

PARISH OF ST. BERNARD

STATE OF LOUISIANA

NUMBER: 99-848                                              DIVISION "A"

UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.

VERSUS

MANNING TRUCKING, INC.

FILED:_____          _____
                                              DEPUTY CLERK

### NOTICE OF REMOVAL

TO:   Honorable Lena R. Torres
      Clerk of Court
      34th Judicial District Court
      P.O. Box 1746
      Chalmette, LA 70044-1746

PLEASE TAKE NOTICE that there is attached hereto a copy of the Petition for

Removal which has been filed with the Clerk of the United States District Court for the

Eastern District of Louisiana.

Dated: October __8th__, 2003.

                                      Respectfully submitted,

                                      TAYLOR, WELLONS, POLITZ & DUHE, APLC

                                      _____
                                      CHARLES J. DUHE, JR. (#21538) (T.A.)
                                      PATRICIA H. WILTON *(#18049)
                                      7924 Wrenwood Blvd., Suite C
                                      Baton Rouge, Louisiana 70809
                                      Telephone: 225-387-9888
                                      Facsimile: 225-387-9886

                                      **COUNSEL FOR MANNING TRUCKING, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( ) Hand Delivery      (✓) Prepaid U.S. Mail
( ) Facsimile      ( ) Federal Express

Baton Rouge, Louisiana this 8th day of October, 2003.

_____
TAYLOR, WELLONS, POLITZ & DUHE, APLC